Is it K-mar, Kway-mar? The pronounce... Qamar petition. Come right on up. Thank you, Your Honor. And could you pronounce it for me again? Yes, Your Honor. On behalf of Bilal Qamar Ghareesh Sareen. Qamar. Qamar. Thank you. Go right ahead with your argument. In this matter, the Board of Immigration Appeals and the immigration judge didn't follow the law that was passed on the United Nations Convention Against Torture, or even discussed the past torture inflicted upon my client, the petitioner Bilal Qamar, and the degrading treatment he suffered at the hands of the Pakistan police. There is no issue. He was burnt with cigarettes. He was made an example, beaten by fists until he lost consciousness, taken out of the police building, tied upside down, and beaten again in front of everyone to be made into an example. Both the BIA and the immigration judge didn't find this conduct to rise up to the level of torture. We believe it constitutes torture. Insofar as the country conditions of Pakistan, they're flagrant it is one of the most abusive countries in the world, and the United States Department of State has designated it as such, and it also is a signature to the United Nations Convention. Counsel, was your client a member of a terrorist organization? Yes. And how does that play out in this case? We've admitted to it. We are only asking for deferral. If the government finds another country or provides him deferral, then he should be sent back to Pakistan. We are not arguing his past. We're stating his prosecution that occurred in Pakistan passed any kind of civil law, barbarity, the way he was treated as an animal, and no individual should be treated like that, regardless of what you are or who you are. He was never, ever convicted of any crimes in Pakistan. But he fled because he was accused of murder. Correct. Or at least there was a thought that he might be accused of murder, correct? There is a police report outstanding accusing him of murder. But there was never any charge actually filed. Isn't that true? I don't know about that. He didn't wait to find out because he didn't want to be tortured. So he left the country after he was identified as a person who had committed murder. Correct. And there was some sectarian violence at that time. Isn't that true? There's constant sectarian violence. Well, Shia and Sunni were in conflict. And they still are. And has Pakistan made any efforts to prosecute terrorists in his country? What they did recently, Your Honor, and that was on the motion to reopen, is they went back to his organization in the 1990s. They picked up individuals, hung them, shot them, and decapitated them without a trial. They set up new courts to deal with the issue over there. This happened in 2014 and 2015, which is the basis of Dr. Kennedy. That was the newspaper article that you want to reopen on the basis or have us take judicial notice of? We want you to take judicial notice, Your Honor, in the motion to reopen to Dr. Charles Kennedy, a leading expert on Pakistan. My question is a bit different. Yes, sir. You wanted us to take judicial notice of a newspaper article, I think, that talked about the execution of two terrorists. Is that right? Two members of the Sepah Sabah, correct. All right. And then in that same article, you want us to look at the entire article. Is that correct? We want you to look at the totality of all the evidence provided, correct, Your Honor? Just help me here. Yes, sir. Isn't it a fact that those were after certain trials had occurred, the executions? That's the issue. It was a military trial without any due process. They were tried. They were hung the next day. But there were others who had killed countless people that were also in the same article, and the government was prosecuting them as well, wasn't it? The government wasn't prosecuting them. The civil liberties of their rights had been taken away and they were put in military courts. And if you believe in Pakistan a military tribunal is a due process court of law, then you're correct. They were tried and hung and killed. Isn't that up to Pakistan to decide? It's up to Pakistan to decide. But if you're a member and a signatory of the Convention Against Torture, you can't do that. It's against the law. So executing people for murder is torture? A military without due process, without judge or without a jury or without appeal rights, yes, that's murder. That's torture? You're conflating due process with torture. I'm getting confused with your question. I beg forgiveness here. Are you saying by executing the individual, is that torture? Well, tell what's the definition of torture. It's in the probligations. It's in the ACFR. It's basically degrading inhuman treatment by the government, including, we can use his example, my clients, burning him with cigarettes, beating him with their fists and hands until he loses consciousness, hanging him upside down on a metal bar in front of everyone, whipping him with leather straps. Yes, I feel that's the definition of torture, Your Honor, under any code. That's torture. But if a government decides that it's going to have military tribunals try this issue, isn't that a national issue for Pakistan to decide how they handle terrorism? No, Your Honor, that's what they did in North Korea with the young gentleman who was beaten and he was sent back over here and he died here. Mike, my understanding of your argument is that your position is that the past treatment your client suffered does rise to the level of torture, is your view, and that what he's concerned about and objecting to in terms of future conduct is more of the same. Is that right? Correct, Your Honor. We're stating that they did not believe the behavior that occurred to him by the Pakistan government constituted torture. Right. Your time is ticking. May I interrupt with your permission? I just want to ask another question and redirect your attention because you don't have a lot of time left. I'm looking at the BIA opinion. The last page, which is at Excerpt 5, says the respondent is no longer associated with the SES and has not provided evidence of warrants for his arrest for past criminal charges. And then it says, or any other evidence showing that the Pakistani government has any interest in him. My question is whether or not at the time this, the IJ, had the original record, did that include the statements from his family members or were you trying to get those in on a motion to reopen? No, they were all provided before. So we understand family members were the people in Pakistan who stated that once he fled, the family was targeted. There's a letter from an attorney. The police are looking for him. The police have been coming. There's a letter from his father stating it. There's a letter from his brother alleging that. These all events took place in 99-2000, Your Honor. Right. And I appreciate that that's where they took place. That is your position. It's just I'm trying to make sure when you say, sorry, when the BIA says there was no other evidence indicating the police was looking for him, that was, those letters were part of the record, were they not? Correct. Of the original record and the, I'm sorry to interrupt, Your Honor. The BIA decision misstates a lot of facts. Misstates his kidnapping by the Shias. Misstates his beating by the Shias. It states they did nothing. In fact, it says he hasn't shown that the police were unable or unwilling, and he has. He went to make a police report and asked for protection from the Shia groups who were targeting him, beating him, kidnapping him. The police refused it. They threw him out. Was there any credibility determination made in this case? Positive. Everyone said he was very credible. So we have to take these facts as true? All the facts as true, all the affidavits which were ignored. Thank you. Those letters were not dated, were they? I'm sorry, Your Honor. The letters from his family were undated. Correct. So was they, would we assume they were in 1999? That's what their testimony was, the foundation was laid about when they were admitted into evidence. The only documents that weren't, there was an issue with an authentication on the police reports. Okay, so those are dated in terms of time, so are they relevant? Assuming there's new developments, if we take judicial notice of the article, what's the evidence currently about whether they're going to actually look for him? The current evidence was, as Judge Shea just stated, in 2014-15, they arrested his colleagues and members for events that transpired when he was a member in 98, and they decapitated Hungerman, charged him with murder in one day, and finished the case. Thank you. Do you want to reserve the rest of your time? I have 28 seconds. Thank you. You might get a little more. Thank you. Okay. Counsel? We'll put two minutes. Counsel, you can plan on two minutes when you come back. Sure. Excuse me, Your Honor. Good morning. Jeffrey L. Mencken, United States Department of Justice, for the respondent. May it please the Court. Do you mind if I jump in with my first question? Please do, Your Honor. It's just helpful, and we don't have a lot of time. Thank you for coming to help us with this case. Is the government's position that this conduct does not rise to the level of torture? It's a little bit more than that, Your Honor. The immigration judge found that there was no past torture. The board didn't rule on that. The board said that that was the case. So that's why I appreciate that. I know that. But what's your position today? Oh, we don't concede that in the least, Your Honor, because all of the conduct that counsel just testified to was not the testimony of Mr. Kumar or evidence that was from Mr. Kumar's asylum affidavit. What he is talking about, what Mr. Kumar testified to was, and I can give page sites, he was beaten and I was tortured. Now, testifying that you're tortured is not evidential or particularly helpful in a torture case. That's a legal conclusion. The description that counsel just gave was in a report from a social worker who did not testify, although they were located in the L.A. area. And that particular report, DHS objected that the person was not subject to examination, and the report was marked only for ID. So there's a failure of proof even on that level. Well, we have to, it is a bit curious to hear the government contest this, because the government certainly had an opportunity to cross-examine this individual. We've got a positive credibility determination, so what do we do with the controlling authorities? Well, the IJ found that Mr. Kumar was sufficiently credible. Those were the words of the judge. Are you parsing, I'm not trying to be difficult, but what's that mean? No, no, we don't concede he was tortured, but what the board said was that Is there some intermediate standard for credibility you want us to consider that I'm not aware of? No, we're not going to go there. Okay. All right. So he's credible, so go on. Sufficiently. And what the board said was that even assuming past torture, there was no evidence that Mr. the Pakistani government had any interest in him at all. There was no warrant for his arrest. There's no clear probability of arrest. Mr. Kumar testified that he didn't know if there were charges pending against him, and that's page 546. He testified at one point that the case was closed. He had made no inquiries. So counsel, forgive me for interrupting. We know those points, and here's my problem with them. I think because the obvious response is that, which is in the briefing, right, is that the very old charges are incident. There's the police report. There's the you wouldn't expect the charges to be pending years and years and years later. The problem is we're trying to grapple with what happens if he goes back. Is there going to be interest in him then? And even in our own system, it would not be unusual that the file would be, you know, closed, but certainly if he's wanted for the charges, it's serious. So what do we do with that? Well, the trouble is it's speculative. It's based on speculation. The board pointed that out. He's made no fresh inquiries since 1999 as to whether or not the charges are pending. There's no evidence in the record as to whether there are any charges, assuming there were. Well, tell me, when we talk about speculation, as you've said, didn't the family have some comment on his ability to live safely in the country? He did. In fact, there was a Mr. Qazi, Q-A-Z-I, who had visited Pakistan, who had met with the family, who suggested to him that it might be possible for him to move elsewhere. He's a Sunni Muslim in a country that's 75 percent Sunni majority population. Was the family itself subjected to any terrorist activities as a result of the charges or the identification of him as a murderer? There's been no report of anything since he left Pakistan. Well, why is that helpful? If the family members were part of the SES, I would understand that. Was there an allegation that the family members were part of the SES? Not that I'm aware of. Okay. What about the recent article that suggests that there's now an effort by Pakistan to try and execute members of the organization to which Mr. Qamar was also a member? Well, Your Honor, the respondent has opposed the motion to supplement the record with that newspaper article. I don't think it's fair. Well, let's assume that we take judicial notice of it. What's the consequence of that? It's not probative, really, of anything, Your Honor, because these people had charges. They had a trial. Military tribunal? I believe there was a special anti-terrorist court, something which had been set up a long, long time ago. So it's really no indication of anything, even assuming that the newspaper articles can be attached to briefs and can be considered in that way. What I would point out is that the motion to reopen, which counsel alluded to, there's no evidence that dates since the November 2013 immigration judge decision. Even Dr. Kennedy's report, the board said there was no explanation why it couldn't have been submitted sooner, and there's still no explanation to this moment as to why that could not be considered sooner. It's a failure of proof, Your Honor, and the board properly recognized that. No record evidence compels a reversal of the finding that he is not more likely than not to be tortured. And as far as the motion to reopen goes, there's no abuse of discretion here. None of the evidence is anything qualitatively different from what was or could have been presented earlier. If the board were to find that the tribunals in Pakistan were basically kangaroo courts, the evidence showed that. And the question is, the due process in Pakistan, which would fail by our standards of justice, would the imminent execution risk constitute torture? Your Honor, I could see a scenario where that might be relevant in an extradition where the country is trying to extradite on existing charges. There's no indication that that has happened, will ever happen. I think the basic problem is it's one thing to say that detainees may face mistreatment when there is no evidence that compels a finding that this individual more likely than not is himself going to be a detainee. I'm assuming that the article is relevant in providing the potential for more up-to-date changed country conditions. The question is, why shouldn't the BIA have a chance to look at that? Since it all came up after they had ruled and the appeal was pending in this court. There's no evidence, Your Honor, of a lack of process in that newspaper article. It's just reporting somebody was tried, somebody was based on charges, there was a trial, and sentence was imposed. That itself doesn't trigger anything. Counsel, what about opposing counsel's point that his argument was that the BIA has I didn't hear anything that sounds well-founded. What I would point out is he said that his brother wrote a letter. Mr. Kumar testified he doesn't have a brother. It's his sister, actually. Well, even so, Your Honor, those letters, as the court pointed out, are undated. We don't know which decade they were written. Well, it was by a sister. It was by a sister, as I recall, and she addressed it to her brother. There was a letter from the father. There was a letter from the sister. The handwriting is nearly identical or at least substantially similar, and they're undated. So their probative value is close to zero. What is the foundation? When you say that now you're calling into question, you know, the authenticity of the letters, and I, again, I come back to wasn't he the foundation that he received these letters? Isn't he deemed credible? I'm just struggling with trying to make sure we've got a consistent read on your position here. To be honest, Your Honor, I didn't focus on the foundational question because even taken at face value, they are minimally probative if it even registers. Okay. All right. Your Honors, that is pretty much all I would go to. We would rest on our briefs otherwise. Thank you, Your Honor. Thank you for your argument, counsel. Did the I.J. make any findings about the weight of those letters? Your Honor, I don't believe so, but there was a general finding that the burden of proof was not met, and that would have been swept up in that. But on the other hand, he was credible. Again, I'll go back to sufficiently credible, Your Honor, but thank you. That's your word. That's not what the I.J. said. I believe so, Your Honor. I could find the site and I'll send in a court notice. But, counsel, we don't have an intermediate standard for somebody who's sort of credible. Right. Right? I mean, you've conceded, in fairness, I think you've conceded that it's an on-off switch, isn't it? Yes. Okay. I appreciate your argument. Thank you, Your Honor. Thank you very much. Counsel, we've put 2 minutes back on the clock for you. Thank you very much, Your Honor. I'll try to address the last issue first. The judge made a positive credible, not a partial credible. Finding a positive, found all his documents to be credible. It's on page 13 of the judge's written decision, I mean, oral decision. Were the letters introduced through your client's testimony? Did he identify them or identify the handwriting? No, they were introduced and there was no objection and just documentary evidence. Insofar as, I'm sorry. That's okay. You mentioned a clinical worker. There's a doctor. There's a Dr. Curiaga. He's not a clinical worker. His report was. But his point is, his point, opposing counsel's point, is that your client only provided a conclusory statement that he had been tortured and the details came in through a different witness, which would be necessarily secondhand, if I can summarize. What is your response to that? That is correct because he was diagnosed with post-traumatic stress syndrome. He couldn't testify. He'd break down. He can't relive these events without crying. That's why these reports were brought in, and he has PTSD. There's no medical report provided by the government. He's not a victim of torture. All right, and his other point is that the social worker didn't testify. That was a written report that wasn't subject to cross-examination. Is that right? I can state the social worker didn't testify. The doctor didn't testify. As to why they didn't testify, I can't state to that. Okay. I just want to mention why the BIA decision is replete. Nowhere does it say what counsel just said, that they admitted that there was past torture on. They've never ever said that in their decision. In fact, they state completely where it's completely wrong, that, you know, he won't be even harmed by any Shia group because he hasn't shown that the Pakistani government is unwilling or unable to protect him. Are you on page 4 or 5? Page 2 of the Board of Immigration Appeals. It's in just the second-to-last paragraph. While the respondent has argued that he was a victim of torture, that doesn't mean they admitted he was a victim of torture. Just so we have a clear record, page 2 is Excerpt 4. I'm sorry. Not at all. So I'm looking at Excerpt 4, and you want me to call my attention to which part, please? The second-to-last paragraph that counsel stated over there. Oh, yes, that's what I read over there. Yes. And he provided proof that the Shia group kidnapped him, beat him, and he went to the police and they refused. That's a misstatement. It's a clear misstatement of his facts. He's a credible witness. He's credibly testified. He has incurred past torture. That's one of the issues to define under deferral. They didn't make that finding. Then you have to make a finding whether Pakistan is one. But the last point I wanted to raise, which Judge Shea raised and he raised, counsel, is that in the motion to reopen, we provided not one news report. We provided countless news reports from the New York Times, which is a very credible source. These events took place in July 1, 2014, to combat terrorism in their country. They passed and they gave their military new powers, and this is the new powers they gave them. It was called the Protection Bill of Pakistan. Basically what they can do is any suspects, they can shoot them, decapitate them, kill them, without a warrant, without information, and they can hold them forever. That's the law in Pakistan. You're over your time. Thank you. Hang on. I just have one last question, please. Your client is somewhat unique in that he's admitted to being a member of a terrorist organization, and Congress has spoken loudly and clearly on that, and, of course, we all understand we're a member of the International Convention. So we approach this case with care, and you have argued that the BIA has misstated facts here about that may go to its decision about whether this person was tortured in the past and is eligible for deferral. I'm not clear about exactly what relief you want. Are you asking us to remand so that they consider these facts and get the story correct and make a new determination, or what are you asking? Three things, Your Honor. Number one, he's been living in this country since 98. He is a good citizen, a good individual. He has U.S.-born children. He had to file a writ of mandamus to get an I-130 approved. Counsel? I'm sorry. What are you asking for? We're asking for that you find the IJ and the BIA misapplied the law, didn't follow the law that they were required to follow by the United Nations. Misapplied the law, not the facts? Misapplied the law and the facts, but misapplied the law primarily in this situation by not following the law under a deferral. What relief are you seeking, sir? I'm seeking that he, as a victim, he was in Pakistan tortured by the government. Pakistan is a flagrant abuser. This is your argument. What relief are you seeking, please? Deferral. Nothing else. Thank you. Let me just check with my colleagues. Anything further? No further questions. Thank you. Thank you very much. All right. We'll go off record. Not quite. We'll take that case under advisement.
judges: Fisher, Christen, Shea